**FILED**
July 29, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )     Case No. 2:05-cr-310 GGH
            Plaintiff,               )
                                     )
v.                                   )     ORDER FOR RELEASE OF
                                     )     PERSON IN CUSTODY
Eric Andrew Reay,                    )
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Eric Andrew Reay Case No. 2:05-cr-310 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

           ___    Unsecured Appearance Bonds

           ___    Appearance Bond with 10% Deposit

           ___    Appearance Bond secured by Real Property

           ___    Corporate Surety Bail Bond

    __X__    (Other) PTS conditions/supervision

Issued at Sacramento, CA on July 29, 2005 at 3:14 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge