UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,
   -vs-
 Eric Andrew Reay                          **Docket No. 2:05 CR. 00310 GGH**

**COMES NOW** Philip M. Davis, Supervising Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Eric Andrew Reay who was placed on bond by the Honorable Kimberly J. Mueller, sitting in the Court at Sacramento, California, on the 29th day of July, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:111- Assaulting, Resisting, and Impeding Certain Officers and Employers (Class A Misdemeanor); and 38:901; 38 C.F.R.:1.218 (5- Causing Disturbance at VA Facility)

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 4, 2004, a Special Agent for the U.S. Department of Veterans' Affairs, Office of Inspector General- Criminal Investigations Division notified Pretrial Services the defendant has been calling the victim, "on a daily basis since being released." The victim "estimated that she has received at least ten calls from Reay. She has a caller identification feature on her cell phone and is able to identify Reay's phone number. She has not answered the phone when she recognizes Reay's phone number. Sometimes Reay leaves a voicemail message, and sometimes he just hangs up."

"On August 1, 2005, Reay left a text message on the victim's cell phone. The message read, "Not mad at you! Are you ok?" "The call came from Reay's cell phone, (916) 534-2122."

"On August 2, 2005, Reay left a voicemail message" on the victim's "cell phone." "Reay pleaded with" the victim "not to tell the cops or anybody that she spoke to him. He pleaded with her not to talk to the police or investigators. He stated that he will "get roasted" and "thrown in jail for 18 months."

On August 3, 2005, the victim "inadvertently spoke with Reay when she didn't recognize the phone number displayed." Reay told the victim "he has sorry and wanted to see her." The victim told Reay that "their relationship was not a healthy one and that it was over." The victim "told Reay not to call her anymore, and she hung up"; all in violation of Special Release Condition number 10; "you shall not associate or have any contact with the Veterans' Administration Hospital at Mather Air Force Base, and/or the victim described in the investigative report."

The defendant also failed to telephonically report to his supervising Pretrial Services officer in Sacramento on August 4th and 8th, 2005.
**PRAYING THAT THE COURT WILL ORDER:** A no bail bench warrant.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                     Respectfully submitted,

                                                   /s/ Philip M. Davis

                                                   Philip M. Davis
                                                   Supervising Pretrial Services Officer
                                                   DATE:  August 9, 2005

*ORDER*

__x__   The Court hereby orders a bench warrant be issued for the arrest of said defendant; no bail pending hearing.

_____   The Court hereby orders this ex parte motion and order be sealed.

_____   The Court orders a summons be issued with an appearance date of _____.

_____   The Court hereby orders this matter placed on this court's calendar on_____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____   The Court orders no action be taken.

*Considered and ordered this 9th day of*
*August, 2005, and ordered filed and*
*made a part of the records in the above case.*

*/s/ Peter A. Nowinski*
*U.S. Magistrate Judge/U.S. District Judge*

*rev. 5/94*

**Bond Conditions**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall personally report to the pretrial services officer on Monday, August 1, 2005, at 9a.m. on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer and participation in any such program is at the discretion of the pretrial services officer;

10. You shall not associate or have any contact with the Veteran's Administration Hospital at Mather Air Force Base; and/or victim described in the investigative report.