McGREGOR W. SCOTT
United States Attorney
THOMAS E. FLYNN
Assistant U.S. Attorney
JOHN S. GATSCHET
Certified Student, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br> ERIC ANDREW REAY,                  )<br>                                    )<br>           Defendant.               )<br>_____) | Cr. No. S-05-310-GGH<br><br>MOTION TO DISMISS<br>INFORMATION AND ORDER |

        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Information No. Cr. S-05-310-GGH, filed against the above-named defendant.

DATED: August 9, 2005.                              McGregor W. Scott
                                                    United States Attorney


                                              By:/s/ Thomas E. Flynn
                                                    THOMAS E. FLYNN
                                                    Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: 8/11/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge
reay310.ord